# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SOUTH PARK VENTURES, LLC | : | Civil Actions.: 2:16-cv-633 |
| | : | 2:17-cv-808 |
| Plaintiff, | : | JUDGE ALGENON L. MARBLEY |
| vs. | : | |
| | : | MAGISTRATE JUDGE JOLSON |
| JOHN JACK, et al. | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL OF DEFENDANT NOBLE ZICKEFOOSE

This matter is before the Court on a Joint Motion of Defendant Noble Zickefoose and Plaintiff South Park Ventures, LLC to dismiss Defendant Noble Zickefoose pursuant to Federal Rule of Civil Procedure 41. For the reasons set forth in the Motion, this Court finds the joint motion well taken and hereby GRANTS same.

IT IS SO ORDERED.

Dated: March 20, 2019

_____
JUDGE ALGENON L. MARBLEY