# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| JOHN JACK and | : | |
|    TRI-STATE DISPOSAL, LLC, | : | |
| | : | |
|       Plaintiffs, | : | Case No. 2:16-cv-633 |
| | : | |
|    v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| DEAN GROSE and | : | Magistrate Judge Jolson |
|    SOUTH PARK VENTURES, LLC, | : | |
| | : | |
|       Defendants. | : | |

## OPINION & ORDER

This matter is before the Court on South Park Ventures, LLC's ("SPV") and Dean

Grose's ("Grose") Motion to Strike (ECF No. 214) John Jack's Reply (ECF No. 211) to the

Response to the Motion in *Limine*. (ECF No. 205). This Court's Order Setting Trial Date and

Settlement Conference ("Pretrial Order") (ECF No. 165-3) set out the procedures for filing any

pretrial motions or motions in *limine*. As specified in that Pretrial Order, reply memoranda will

not be accepted. Accordingly, this Court **GRANTS** Defendant's motion to strike.

    **IT IS SO ORDERED.**

                              **s/Algenon L. Marbley**
                              **ALGENON L. MARBLEY**
                              **UNITED STATES DISTRICT JUDGE**

**DATE: August 28, 2019**